**Order entered August 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01177-CR
### No. 05-17-01178-CR

**RAYMON STEFFANI LAWRENCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-20873-U, F17-00600-U**

## ORDER

Before the Court is appellant's August 16, 2018 request for a copy of the record in order to file a pro se response to counsel's *Anders* brief. The Court notes problems with the clerk's records filed in these cases.

By order entered December 8, 2017, the Court ordered the Dallas County District Clerk to supplement the clerk's record in cause no. 05-17-01178-CR (trial court cause no. F17-00600-U) with copies of the jury charge and judgment of conviction. On December 21, 2017, the district clerk filed a supplemental clerk's record containing the jury charge. The supplemental clerk's record did not contain the judgment of conviction. Furthermore, in reviewing the records

filed in these cases, the Court notes that the certifications of appellant's right to appeal were not signed by the trial court.

Accordingly, we **ORDER** the trial court to prepare for inclusion in supplemental clerk's records, within **TEN DAYS** of the date of this order, new certifications of the right to appeal that bear the signature of the trial court.

We **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, supplemental clerk's records in these cases containing the judgment of conviction in cause no. 05-17-01178-CR and the trial court's new certifications of the right to appeal.

The Court **GRANTS** appellant's request to review the record and file a pro se response. We **ORDER** counsel Lawrence B. Mitchell to send appellant copies of the clerk's and reporter's records, including the supplemental clerk's records ordered herein, and to provide this Court, within **TWENTY-ONE DAYS** of the date of this order, with written verification that the records have been sent to appellant.

Appellant's pro se response to the *Anders* brief is due by **October 17, 2018**. If appellant does not file a pro se response by October 17, 2018, the appeal will be submitted upon the brief of counsel.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; to Felicia Pitre, Dallas County District Clerk; to Lawrence B. Mitchell, counsel for appellant; and to counsel for the State.

We further **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Raymon Stefani Lawrence, TDCJ No. 02164511, Clemons Unit, 11034 Hwy 36, Brazoria, Texas 77422.

/s/     CRAIG STODDART
JUSTICE
